# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHERYL L. OWENS,** *pro se*,

    Plaintiff,

v.                                                                              Case No.  8:07-cv-13-T-30MSS

**J.C. PENNEY WAREHOUSE,**

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion and Memorandum of Law of support of an Appeal (Dkt. #39).  The Court, having considered Plaintiff's motion, and being otherwise advised in the premises, finds that Plaintiff's motion should be terminated by the Clerk as improper.  A litigant does not need to seek this Court's permission to file an appeal of the order at issue.  Plaintiff is directed to read Rule 4 of the Federal Rules of Appellate Procedure.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion and Memorandum of Law of support of an Appeal (Dkt. #39) should be **TERMINATED** as improper.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-.13.mt appeal 39.wpd